ASHLEY RENEE BOSARGE
615 DOGWOOD RD
OCEAN SPRINGS, MS 39564

TARGET
PO BOX 9475
MINNEAPOLIS, MN 55440

THOMAS C. ROLLINS, JR.
THE ROLLINS LAW FIRM, PLLC
P.O. BOX 13767
JACKSON, MS 39236

ANTHONY LEWIS
MASHELLDA LEWIS
1423 24TH AVE
GULFPORT, MS 39501

DISCOVERCARD
PO BOX 30939
SALT LAKE CITY, UT 84130

GULF SOUTH LAW FIRM
1423 24TH AVENUE
STE A
GULFPORT, MS 39501

KEESLER FCU
P.O.BOX 7001
BILOXI, MS 39531

KEESLER FEDERAL CRED U
POB 7701
BILOXI, MS 39534

SYNCHRONY
ATTN: BANKRUPTCY DEPT
P.O. BOX 965065
ORLANDO, FL 32896

SYNCHRONY
ATTN: BANKRUPTCY
PO BOX 96506
ORLANDO, FL 32896