**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF MISSISSIPPI**

| | |
|---|---|
| **IN RE:** | **CASE NO.: 26-51801-KS** |
| **ASHLEY RENEE BOSARGE** | **CHAPTER 7** |

**NOTICE OF APPEARANCE**

NOW INTO COURT, comes J. Heath Sullivan, who makes his appearance as counsel of record for Creditors, Anthony Lewis, Mashellda Lewis, and Gulf South Law Firm, PLLC. Undersigned counsel requests that all correspondence and documents be directed to him at the address indicated.

RESPECTFULLY SUBMITTED, this the 29th day of October, 2026.

By: /s/ J. Heath Sullivan

J. HEATH SULLIVAN (MSB# 105226)
Gulf South Law Firm, PLLC
1423 24th Avenue
Gulfport, MS 39501
Phone: (228) 207-2880
Fax: (228) 206-2365
Email: heath@gulfsouthlaw.com
*Attorney for Creditors, Anthony Lewis, Mashellda Lewis, and Gulf South Law Firm, PLLC*

**Certificate of Service**

I hereby certify that on this date I filed the foregoing with the Clerk of Court using the CM/ECF system, which sent notice to the following:

Thomas Carl Rollins, Jr.
Email: trollins@therollinsfirm.com
*Attorney for Debtor, Ashley Renee Bosarge*

George Adam Sanford
Email: trustee@mcraneymcraney.com
*Chapter 7 Trustee*

United States Trustee
Email: USTPRegion05.JA.ECF@usdoj.gov

Respectfully submitted this 29th day of October, 2026.

*/s/ Lauren R. Sullivan*
Of Counsel