**IN THE CIRCUIT COURT OF HARRISON COUNTY, MISSISSIPPI**
**FIRST JUDICIAL DISTRICT**

**ANTHONY LEWIS**
**AND MASHELLDA LEWIS** **PLAINTIFFS**

FILED
AUG 12 2026
JUSTIN WETZEL
CIRCUIT CLERK
By ______ D.C.

**VERSUS** **CAUSE NO.:** A2401-26-00343

**ASHLEY BOSARGE**
**AND JOHN DOES 1-10** **DEFENDANTS**

**COMPLAINT**
(JURY TRIAL REQUESTED)

**COMES NOW,** Plaintiffs, ANTHONY LEWIS AND MASHELLDA LEWIS, by and through their attorney, and file this Complaint against Defendants, ASHLEY BOSARGE AND JOHN DOES 1-10, and shows as follows:

**PARTIES**

1. Plaintiffs, Anthony Lewis and Mashellda Lewis, are adult resident citizens of Harrison County, Mississippi.
2. Defendant, Ashley Bosarge, is an adult resident citizen of Jackson County, Mississippi. Bosarge may be served at 615 Dogwood Road, Ocean Springs, Mississippi 39564, or wherever she may be found.
3. Defendants, John Does 1-10, are persons or entities who may be liable for the actions or inactions leading to the injuries sustained by Plaintiffs and whose identities are not yet known.

EXHIBIT 1

**JURISDICTION AND VENUE**

4. Jurisdiction and venue are proper in this Court as the transaction or occurrence which is the subject matter of this litigation took place in Gulfport, Harrison County, Mississippi.

**STATEMENT OF FACTS**

5. Plaintiffs incorporate all prior paragraphs as if copied in full.
6. On or about February 12, 2026, Plaintiff Anthony Lewis was operating his 2016 Nissan Maxima, traveling westbound on Magnolia Street in Gulfport, Harrison County, Mississippi. At all times, Mashellda Lewis was a passenger.
7. At the same date and time, Defendant Bosarge was operating a 2014 Kia Forte, traveling southbound on Mississippi State Route 605 toward its intersection with Magnolia Street in Gulfport, Harrison County, Mississippi.
8. As Plaintiff was traveling westbound through the intersection of Magnolia Street and Mississippi State Route 605 on a green light, Defendant Bosarge suddenly and without warning entered the intersection on a red light and struck Plaintiffs' vehicle. The force of the collision further caused Defendant Bosarge's vehicle to strike a third vehicle that was stopped in the eastbound left turn lane on Magnolia Street.
9. Defendant's negligent acts and omissions were the sole cause of the accident. Defendant's acts and omissions include, but are not limited to, the following:
   a. Failure to see what she should have seen;
   b. Failure to maintain control of her vehicle as a reasonably prudent person should;
   c. Failure to stop or slow her respective vehicle in a reasonable manner;

d. Operating her vehicle at an unreasonable speed;

e. Failure to act as a reasonably prudent person would have under the circumstances;

f. Violation of the laws of the State of Mississippi, Harrison County, and the City of Gulfport; and

g. Other negligent acts or omissions that may be shown at trial.

## DAMAGES

10. Plaintiff incorporates all prior paragraphs as if copied in full.

11. As a direct and proximate result of the Defendant's negligent acts and omissions, Plaintiffs each suffered the following damages, including but not limited to:

a. Past and future medical expenses;

b. Past and future pain and suffering;

c. Loss of enjoyment of life;

d. Mental anguish, distress, and anxiety; and

e. Other special and general damages that may be proven at trial.

## JURY DEMAND

12. Plaintiffs incorporate all prior paragraphs as if copied in full.

13. Plaintiffs request a trial by jury on all issues.

**WHEREFORE, PREMISES CONSIDERED**, Plaintiffs demand judgment with legal interest, expert witness fees, and court costs against the Defendants for a sum to be determined by a jury trial, all costs of these proceedings, and any other relief to which they may be entitled.

RESPECTFULLY SUBMITTED this, the 10th day of August, 2026.

ANTHONY LEWIS AND
MASHELLDA LEWIS, Plaintiffs

BY: ______________________________

J. HEATH SULLIVAN (MSB #105226)
Gulf South Law Firm, PLLC
1423 24th Avenue
Gulfport, MS 39501
Phone: (228) 207-2880
Fax: (228) 206-2365
Email: heath@gulfsouthlaw.com
*Attorney for Plaintiffs*