**GULF SOUTH LAW FIRM, PLLC**
**1423 24th Avenue**
**Gulfport, Mississippi 39501**
**Phone: (228) 207-2880/Fax: (228) 206-2365**

**J. Heath Sullivan**
**Attorney in MS & LA**
**heath@gulfsouthlaw.com**

**Lauren R. Sullivan**
**Attorney in MS & LA**
**lauren@gulfsouthlaw.com**

# CONTINGENCY FEE AGREEMENT AND AUTHORITY TO REPRESENT

I, Anthony Lang, the undersigned client (referred to below as "I", "me," or the "Client"), retain and employ GULF SOUTH LAW FIRM, PLLC and attorneys J. Heath Sullivan & Lauren R. Sullivan (referred to below as "Attorney"), as my Attorney, to represent me in connection with the following matter:

5/12/26 MVA

______________________________________________

This claim is not in litigation yet. I specifically authorize Attorney to undertake negotiations and/or file suit or institute other legal proceedings necessary on my behalf. I understand that Attorney is under no obligation to file suit or institute any other legal proceeding. I further understand that Attorney may choose to terminate this agreement and no longer represent me should Attorney determine it necessary. I also understand that I may terminate this agreement at any time; however, Attorney will still retain lien and/or privilege rights over any sums of money or property obtained via either settlement negotiations or legal proceedings.

I authorize Attorney, at Attorney's discretion, to guarantee payment of my outstanding medical bills and other expenses out of the net proceeds of any settlement or judgment. All medical bills not paid out of the settlement or judgment remain Client's responsibility.

I authorize and give to my Attorney a limited power of attorney to deposit any settlement or judgment funds received on my behalf into Attorney's trust account. This authority terminates at the end of Attorney's representation of me for this matter.

I further authorize Attorney to retain and employ, at my expense, the services of any experts, including physicians, as well as the services of other outside contractors, as Attorney deems necessary in representing my interests. I also authorize Attorney to retain and employ other attorneys with my prior knowledge and written consent; however, the combined fee of Attorney and all other attorneys shall be limited as set forth below.

1. ATTORNEY'S FEES. As compensation for legal services, I agree to pay my Attorney as follows:

   A. Personal Injury/Negligence/Tort/Contract Cases: Attorney shall receive the following percentage of the amount recovered <u>before the deduction of costs and expenses</u> as set forth in Section 2 below:

      33.3% (i.e. ⅓) of the gross proceeds in the event of settlement before suit is filed;

EXHIBIT 2



Client initials AL

**GULF SOUTH LAW FIRM, PLLC**
**1423 24th Avenue**
**Gulfport, Mississippi 39501**
**Phone: (228) 207-2880/Fax: (228) 206-2365**

**J. Heath Sullivan**
**Attorney in MS & LA**
**heath@gulfsouthlaw.com**

**Lauren R. Sullivan**
**Attorney in MS & LA**
**lauren@gulfsouthlaw.com**

40.0% of the gross proceeds in the event of settlement after suit is filed;

45.0% of the gross proceeds in the event a judgment is rendered at a trial on the merits.

B. Workers' Compensation

In the event of recovery under the provisions of the Mississippi Workers' Compensation Act, Attorney's fees shall be 25.0% (i.e. ¼) of the total compensation award or the maximum amount allowed by Mississippi law. This provision is subject to Miss. Code. Ann § 71-3-63.

In the event of recovery under the provisions of the Louisiana Workers' Compensation Act, Attorney's fees shall be 20.0% (i.e. ⅕) of the total amount recovered or the maximum amount allowed by Louisiana law. This provision is subject to La. R.S. § 23:1141.

2. COSTS AND EXPENSES. In addition to the Attorney's fees noted in Section 1, I agree to pay all costs and expenses in connection with Attorney's handling of this matter. These costs may include, but are not limited to, the following expenses incurred solely for the purpose of the representation undertaken for Client: court costs and expenses of litigation, including filing fees; deposition costs; expert witness fees; transcript costs; witness fees; photographic, electronic, or digital evidence production; investigation fees; travel expenses; litigation related medical expenses; legal research costs; conference call costs; postage charges; copying charges; mileage (not to exceed the IRS acceptable rate); outside courier service charges; a $50 technology charge; and interest/financing charges associated with Attorney obtaining financing of other costs and expenses as outlined. Client acknowledges that Attorney, at its sole discretion, has the right to finance all or a portion of the costs through a financial institution/lending facility of Attorney's choosing, and the interest expense and other associated charges of the financing will be passed on to Client as a case expense.

3. NO GUARANTEE. I acknowledge and understand that Attorney has made no promise or guarantee regarding the outcome of my legal matter. In fact, Attorney advised me that litigation in general is risky, can take a long time, can be very costly, and can be very frustrating. I further acknowledge that Attorney shall have the right to cancel this agreement and withdraw from this matter if, in Attorney's professional opinion, the matter does not have merit, I do not have a reasonably good possibility of recovery, I refuse to follow the recommendation of Attorney, I fail to abide by the terms of this agreement, if Attorney's continued representation would result in a violation of the Rules of Professional Conduct for Mississippi or other applicable Rules of Professional Conduct.

4. LIEN AND PRIVILEGE. I agree and understand this contract is intended to and does assign, transfer, set over, and deliver to Attorney as a fee for representation of me in this matter an interest in the claim(s), the proceeds or any recovery from the claim(s) under the terms and conditions of this agreement.



Client initials ________

**GULF SOUTH LAW FIRM, PLLC**
**1423 24th Avenue**
**Gulfport, Mississippi 39501**
**Phone: (228) 207-2880/Fax: (228) 206-2365**

**J. Heath Sullivan**
**Attorney in MS & LA**
**heath@gulfsouthlaw.com**

**Lauren R. Sullivan**
**Attorney in MS & LA**
**lauren@gulfsouthlaw.com**

5. ALTERNATIVE FEE DISPUTE RESOLUTION. In the event of any dispute or disagreement concerning the scope, enforceability, or interpretation of this agreement or any portion of it, I agree to submit to arbitration by the Mississippi Bar Fee Dispute Resolution Committee. **I agree to have any dispute arising out of this matter(s) included in the "Alternative Fee Dispute Resolution" provision decided by either the Mississippi Bar Fee Dispute Resolution Committee. I have read and understand the foregoing provision and agree to submit to an Alternative Fee Dispute Resolution program.**

6. GOVERNING LAW. This contract shall be governed by the law of the State of Mississippi.

7. TERMINATION OF REPRESENTATION. I understand that I have the right to terminate this representation upon written notice to Attorney. I understand that I will be responsible for any fees or costs incurred prior to the discharge or termination.

8. CONTACT INFORMATION. I understand that it is necessary for Attorney to be able to contact me throughout the representation. I agree to provide Attorney with complete and accurate information. If my contact information, including address, email, or phone number, should change during the course of representation, I agree to provide updated information to Attorney. My current contact information is as follows:

Physical Address: ______________________________

Mailing Address: ______________________________

Telephone #: ______________________________

Email: ______________________________

I further acknowledge that Attorney's preferred method of communication is email and/or text message. I consent to email and text communication from my Attorney. If I prefer other methods of communication or if I do not regularly check my email, I will inform Attorney of my alternate preference of communication. I consent to receiving communication via text message.

9. FILE RETENTION. If I want the file material delivered to me, this will be in electronic format. Client's file materials will be maintained for a minimum of seven (7) years in electronic format only. Paper files will be maintained for only thirty (30) days. After that time, the file materials will be destroyed without further notice.

10. ENTIRE AGREEMENT. I have read this agreement in its entirety, and I have received a copy the agreement. I agree to and understand the terms and conditions of this agreement. I acknowledge there are



Client initials ______________

**GULF SOUTH LAW FIRM, PLLC**
**1423 24th Avenue**
**Gulfport, Mississippi 39501**
**Phone: (228) 207-2880/Fax: (228) 206-2365**

**J. Heath Sullivan**
**Attorney in MS & LA**
**heath@gulfsouthlaw.com**

**Lauren R. Sullivan**
**Attorney in MS & LA**
**lauren@gulfsouthlaw.com**

no other terms or oral agreements between Attorney and Client. This agreement may not be amended or modified in any way without the prior written consent of Attorney and Client.

Anthony Lewis
______________________________
**CLIENT**

**Date:** 02/16/26

______________________________
**J. HEATH SULLIVAN & LAUREN R. SULLIVAN,**
**ATTORNEYS FOR GULF SOUTH LAW FIRM, PLLC**

**Date:** 2/16/26



Client initials AL

**GULF SOUTH LAW FIRM, PLLC**
**1423 24th Avenue**
**Gulfport, Mississippi 39501**
**Phone: (228) 207-2880/Fax: (228) 206-2365**

**J. Heath Sullivan**
**Attorney in MS & LA**
**heath@gulfsouthlaw.com**

**Lauren R. Sullivan**
**Attorney in MS & LA**
**lauren@gulfsouthlaw.com**

## CONTINGENCY FEE AGREEMENT AND AUTHORITY TO REPRESENT

I, [signature], the undersigned client (referred to below as "I", "me," or the "Client"), retain and employ GULF SOUTH LAW FIRM, PLLC and attorneys J. Heath Sullivan & Lauren R. Sullivan (referred to below as "Attorney"), as my Attorney to represent me in connection with the following matter:

2/12/26 MVA

This claim is not in litigation yet. I specifically authorize Attorney to undertake negotiations and/or file suit or institute other legal proceedings necessary on my behalf. I understand that Attorney is under no obligation to file suit or institute any other legal proceeding. I further understand that Attorney may choose to terminate this agreement and no longer represent me should Attorney determine it necessary. I also understand that I may terminate this agreement at any time; however, Attorney will still retain lien and/or privilege rights over any sums of money or property obtained via either settlement negotiations or legal proceedings.

I authorize Attorney, at Attorney's discretion, to guarantee payment of my outstanding medical bills and other expenses out of the net proceeds of any settlement or judgment. All medical bills not paid out of the settlement or judgment remain Client's responsibility.

I authorize and give to my Attorney a limited power of attorney to deposit any settlement or judgment funds received on my behalf into Attorney's trust account. This authority terminates at the end of Attorney's representation of me for this matter.

I further authorize Attorney to retain and employ, at my expense, the services of any experts, including physicians, as well as the services of other outside contractors, as Attorney deems necessary in representing my interests. I also authorize Attorney to retain and employ other attorneys with my prior knowledge and written consent; however, the combined fee of Attorney and all other attorneys shall be limited as set forth below.

1. ATTORNEY'S FEES. As compensation for legal services, I agree to pay my Attorney as follows:

   A. Personal Injury/Negligence/Tort/Contract Cases: Attorney shall receive the following percentage of the amount recovered before the deduction of costs and expenses as set forth in Section 2 below:

   33.3% (i.e. ⅓) of the gross proceeds in the event of settlement before suit is filed;



Client initials ML

**GULF SOUTH LAW FIRM, PLLC**
**1423 24th Avenue**
**Gulfport, Mississippi 39501**
**Phone: (228) 207-2880/Fax: (228) 206-2365**

**J. Heath Sullivan**
**Attorney in MS & LA**
**heath@gulfsouthlaw.com**

**Lauren R. Sullivan**
**Attorney in MS & LA**
**lauren@gulfsouthlaw.com**

40.0% of the gross proceeds in the event of settlement after suit is filed;

45.0% of the gross proceeds in the event a judgment is rendered at a trial on the merits.

B. Workers' Compensation

In the event of recovery under the provisions of the Mississippi Workers' Compensation Act, Attorney's fees shall be 25.0% (i.e. ¼) of the total compensation award or the maximum amount allowed by Mississippi law. This provision is subject to Miss. Code. Ann § 71-3-63.

In the event of recovery under the provisions of the Louisiana Workers' Compensation Act, Attorney's fees shall be 20.0% (i.e. ⅕) of the total amount recovered or the maximum amount allowed by Louisiana law. This provision is subject to La. R.S. § 23:1141.

2. COSTS AND EXPENSES. In addition to the Attorney's fees noted in Section 1, I agree to pay all costs and expenses in connection with Attorney's handling of this matter. These costs may include, but are not limited to, the following expenses incurred solely for the purpose of the representation undertaken for Client: court costs and expenses of litigation, including filing fees; deposition costs; expert witness fees; transcript costs; witness fees; photographic, electronic, or digital evidence production; investigation fees; travel expenses; litigation related medical expenses; legal research costs; conference call costs; postage charges; copying charges; mileage (not to exceed the IRS acceptable rate); outside courier service charges; a $50 technology charge; and interest/financing charges associated with Attorney obtaining financing of other costs and expenses as outlined. Client acknowledges that Attorney, at its sole discretion, has the right to finance all or a portion of the costs through a financial institution/lending facility of Attorney's choosing, and the interest expense and other associated charges of the financing will be passed on to Client as a case expense.

3. NO GUARANTEE. I acknowledge and understand that Attorney has made no promise or guarantee regarding the outcome of my legal matter. In fact, Attorney advised me that litigation in general is risky, can take a long time, can be very costly, and can be very frustrating. I further acknowledge that Attorney shall have the right to cancel this agreement and withdraw from this matter if, in Attorney's professional opinion, the matter does not have merit, I do not have a reasonably good possibility of recovery, I refuse to follow the recommendation of Attorney, I fail to abide by the terms of this agreement, if Attorney's continued representation would result in a violation of the Rules of Professional Conduct for Mississippi or other applicable Rules of Professional Conduct.

4. LIEN AND PRIVILEGE. I agree and understand this contract is intended to and does assign, transfer, set over, and deliver to Attorney as a fee for representation of me in this matter an interest in the claim(s), the proceeds or any recovery from the claim(s) under the terms and conditions of this agreement.



Client initials ML

**GULF SOUTH LAW FIRM, PLLC**
**1423 24th Avenue**
**Gulfport, Mississippi 39501**
**Phone: (228) 207-2880/Fax: (228) 206-2365**

**J. Heath Sullivan**
**Attorney in MS & LA**
**heath@gulfsouthlaw.com**

**Lauren R. Sullivan**
**Attorney in MS & LA**
**lauren@gulfsouthlaw.com**

5. ALTERNATIVE FEE DISPUTE RESOLUTION. In the event of any dispute or disagreement concerning the scope, enforceability, or interpretation of this agreement or any portion of it, I agree to submit to arbitration by the Mississippi Bar Fee Dispute Resolution Committee. **I agree to have any dispute arising out of this matter(s) included in the "Alternative Fee Dispute Resolution" provision decided by either the Mississippi Bar Fee Dispute Resolution Committee. I have read and understand the foregoing provision and agree to submit to an Alternative Fee Dispute Resolution program.**

6. GOVERNING LAW. This contract shall be governed by the law of the State of Mississippi.

7. TERMINATION OF REPRESENTATION. I understand that I have the right to terminate this representation upon written notice to Attorney. I understand that I will be responsible for any fees or costs incurred prior to the discharge or termination.

8. CONTACT INFORMATION. I understand that it is necessary for Attorney to be able to contact me throughout the representation. I agree to provide Attorney with complete and accurate information. If my contact information, including address, email, or phone number, should change during the course of representation, I agree to provide updated information to Attorney. My current contact information is as follows:

Physical Address: ______________________________

Mailing Address: ______________________________

Telephone #: (228) 596-4083

Email: peace4675@icloud.com

I further acknowledge that Attorney's preferred method of communication is email and/or text message. I consent to email and text communication from my Attorney. If I prefer other methods of communication or if I do not regularly check my email, I will inform Attorney of my alternate preference of communication. I consent to receiving communication via text message.

9. FILE RETENTION. If I want the file material delivered to me, this will be in electronic format. Client's file materials will be maintained for a minimum of seven (7) years in electronic format only. Paper files will be maintained for only thirty (30) days. After that time, the file materials will be destroyed without further notice.

10. ENTIRE AGREEMENT. I have read this agreement in its entirety, and I have received a copy the agreement. I agree to and understand the terms and conditions of this agreement. I acknowledge there are



Client initials ML

**GULF SOUTH LAW FIRM, PLLC**
**1423 24th Avenue**
**Gulfport, Mississippi 39501**
**Phone: (228) 207-2880/Fax: (228) 206-2365**

**J. Heath Sullivan**
**Attorney in MS & LA**
**heath@gulfsouthlaw.com**

**Lauren R. Sullivan**
**Attorney in MS & LA**
**lauren@gulfsouthlaw.com**

no other terms or oral agreements between Attorney and Client. This agreement may not be amended or modified in any way without the prior written consent of Attorney and Client.

Mashillda Lewis
**CLIENT**

**Date:** 2/16/2026

**J. HEATH SULLIVAN & LAUREN R. SULLIVAN, ATTORNEYS FOR GULF SOUTH LAW FIRM, PLLC**

**Date:** 2/16/26



Client initials ML