FOREMOST
INSURANCE GROUP

Toll Free: (800) 435-7764
Email: myclaim@farmersinsurance.com
Please include your claim # on any correspondence
National Document Center
P.O. Box 268994
Oklahoma City, OK 73126-8994
claims.Foremost.com

February 19, 2026

GULF SOUTH LAW FIRM PLLC
1423 24TH AVE STE A
GULFPORT MS 39501-2068

| | | |
|---|---|---|
| RE: | Claim Number: | 7009890404-1 |
| | Insured: | Mark Bosarge |
| | Policy Number: | A7996921210 |
| | Loss Date: | 02/12/2026 |
| | Your Client: | Anthony Lewis and Mashellda Lewis |
| | Subject: | Important Claim Information |

Dear Mr. Sullivan:

We received your notice of representation for the claim concerning your client Anthony Lewis and Mashellda Lewis. We'll update our records to reflect your interest. I'm the claims representative handling this investigation and I look forward to working with you to resolve this claim.

Please preserve and provide all pertinent evidence for this incident so I can properly evaluate this claim.

Please provide me with a copy of all medical bills, which reference all CPT and ICD Codes and reports relating to the treatment of your client's injury, as well as any records for related treatment prior to the accident. If your client is making a claim for lost wages, please provide verification of wages from the employer and a medical report from the treating physician stating your client's inability to work. Send all documentation to the address above or fax to (877) 217-1389. Include our claim number on each document.

If your client is still undergoing treatment, we would appreciate a monthly status that includes a current diagnosis, the approximate cost of treatment incurred, a prognosis with the anticipated release date and copies of documentation not previously provided to us.

I can be reached at myclaim@farmersinsurance.com (please include your claim number in the subject line) or (405) 782-6004. Please contact me if you have any questions or concerns.

Thank you.

Tim Rodney
Tier 3 Claim Owner II
(405) 782-6004
Farmers Group Property And Casualty Ins. Company

Email communications are preferred and should be sent to myclaim@farmersinsurance.com. If hard copies of communications are required, they should be sent to our National Document Center at P.O. Box 268994, Oklahoma City, OK 73126-8994.

02 02 005942 K6VF1VB431 CB0219P2 02 [ ] 005942

EXHIBIT 3

K6VF1VB43

FOREMOST®
INSURANCE GROUP

National Document Center
P.O. Box 268994
Oklahoma City, OK 73126-8994

February 19, 2026

005942

GULF SOUTH LAW FIRM PLLC
1423 24TH AVE STE A
GULFPORT MS 39501-2068

02 01 005942 K6VF1VB431 CB0219P2 02 [ ] 005942