**SO ORDERED,**

**Judge Katharine M. Samson**
**United States Bankruptcy Judge**
**Date Signed: November 17, 2026**

**The Order of the Court is set forth below. The docket reflects the date entered.**

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF MISSISSIPPI**

| | |
|---|---|
| **IN RE:** | **CASE NO.: 26-51801-KS** - KMS |
| **ASHLEY RENEE BOSARGE** | **CHAPTER 7** |

# AGREED ORDER GRANTING MOTION FOR RELIEF FROM AUTOMATIC STAY

This matter came to be considered on the Motion for Relief from Automatic Stay (Dkt. 11) filed by Movants, Anthony Lewis, Mashellda Lewis, and Gulf South Law Firm, and the Court having considered the Motion and being advised in the premises, finds said Motion well taken and orders as follows:

IT IS THEREFORE ORDERED that the automatic stay is lifted as to Movants, Anthony Lewis, Mashellda Lewis, and Gulf South Law Firm, PLLC, and

IT IS FURTHER ORDERED that Movants may proceed in the tort action pending in the Circuit Court of Harrison County, Mississippi, *Lewis v. Bosarge, et al.*, Cause No. A2401-26-343, and Debtor, Ashley Renee Bosarge, shall be a nominal defendant only in that action, and

IT IS FURTHER ORDERED that Movants may seek recovery under Debtor's automobile liability insurance policy issued by Foremost Insurance Group.

##END OF ORDER##

Submitted By:

*/s/ J. Heath Sullivan*
J. HEATH SULLIVAN (MSB# 105226)
Gulf South Law Firm, PLLC
1423 24th Avenue
Gulfport, MS 39501
Phone: 228-207-2880
Email: heath@gulfsouthlaw.com
*Attorney for Creditors, Anthony Lewis,*
*Mashellda Lewis, and*
*Gulf South Law Firm, PLLC*

Agreed to By:

*/s/ Thomas Carl Rollins, Jr.*
*Attorney for Debtor, Ashley Renee Bosarge*

*/s/ George Adam Sanford*
*Chapter 7 Trustee*