United States Bankruptcy Court
Southern District of Mississippi

In re: Case No. 26-51801-KMS
Ashley Renee Bosarge Chapter 7
Debtor

# CERTIFICATE OF NOTICE

District/off: 0538-6 User: mssbad Page 1 of 2
Date Rcvd: Nov 17, 2026 Form ID: pdf012 Total Noticed: 1

The following symbols are used throughout this certificate:

| **Symbol** | **Definition** |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 19, 2026:**

| **Recip ID** | | **Recipient Name and Address** |
|---|---|---|
| db | + | Ashley Renee Bosarge, 615 Dogwood Rd, Ocean Springs, MS 39564-5245 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 19, 2026 Signature: /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 17, 2026 at the address(es) listed below:**

| **Name** | **Email Address** |
|---|---|
| George Adam Sanford | trustee@mcraneymcraney.com MS18@ecfcbis.com |
| John Heath Sullivan | on behalf of Creditor Mashellda Lewis heath@gulfsouthlaw.com |
| John Heath Sullivan | on behalf of Creditor Anthony Lewis heath@gulfsouthlaw.com |
| John Heath Sullivan | on behalf of Creditor Gulf South Law Firm PLLC heath@gulfsouthlaw.com |
| Thomas Carl Rollins, Jr | on behalf of Debtor Ashley Renee Bosarge trollins@therollinsfirm.com jennifer@therollinsfirm.com;trollins.therollinsfirm.com@recap.email;notices@therollinsfirm.com;kerri@therollinsfirm.com;breanne@therollinsfirm.com;TRollins@jubileebk.net;calvillojr81745@notify.bestcase.com;perry@the |

United States Trustee
USTPRegion05.JA.ECF@usdoj.gov

TOTAL: 6

**SO ORDERED,**

**Judge Katharine M. Samson**
**United States Bankruptcy Judge**
**Date Signed: November 17, 2026**

**The Order of the Court is set forth below. The docket reflects the date entered.**

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF MISSISSIPPI**

**IN RE:** **CASE NO.: 26-51801-KS** - KMS

**ASHLEY RENEE BOSARGE** **CHAPTER 7**

**<u>AGREED ORDER GRANTING MOTION FOR RELIEF FROM AUTOMATIC STAY</u>**

This matter came to be considered on the Motion for Relief from Automatic Stay (Dkt. 11) filed by Movants, Anthony Lewis, Mashellda Lewis, and Gulf South Law Firm, and the Court having considered the Motion and being advised in the premises, finds said Motion well taken and orders as follows:

IT IS THEREFORE ORDERED that the automatic stay is lifted as to Movants, Anthony Lewis, Mashellda Lewis, and Gulf South Law Firm, PLLC, and

IT IS FURTHER ORDERED that Movants may proceed in the tort action pending in the Circuit Court of Harrison County, Mississippi, *Lewis v. Bosarge, et al.*, Cause No. A2401-26-343, and Debtor, Ashley Renee Bosarge, shall be a nominal defendant only in that action, and

IT IS FURTHER ORDERED that Movants may seek recovery under Debtor's automobile liability insurance policy issued by Foremost Insurance Group.

##END OF ORDER##

Submitted By:

*/s/ J. Heath Sullivan*
J. HEATH SULLIVAN (MSB# 105226)
Gulf South Law Firm, PLLC
1423 24th Avenue
Gulfport, MS 39501
Phone: 228-207-2880
Email: heath@gulfsouthlaw.com
*Attorney for Creditors, Anthony Lewis,*
*Mashellda Lewis, and*
*Gulf South Law Firm, PLLC*

Agreed to By:

*/s/ Thomas Carl Rollins, Jr.*
*Attorney for Debtor, Ashley Renee Bosarge*

*/s/ George Adam Sanford*
*Chapter 7 Trustee*